United States District Court
Eastern District of Michigan
Southern Division

United States of America,

　　　　　　　Plaintiff,

v.

Vitalii Alexandrovich Balint,

　　　　　　　Defendant.

Case: 2:24−cr−20416
Assigned To : Leitman, Matthew F.
Referral Judge: Altman, Kimberly G.
Assign. Date : 8/2/2024
Description: INFO USA V. SEALED MATTER (NA)

18 U.S.C. § 1349

# I N F O R M A T I O N

***The United States Attorney Charges:***

### GENERAL ALLEGATIONS

1. A "botnet" is a network of computers compromised by malicious software ("malware"). The malware enables the botnet operators to surreptitiously load any software that they wish onto the compromised computers.

2. "Ransomware," is a type of malware that, when triggered, encrypts the entirety of a victim's computer, depriving the victim of access to the data stored therein. The ransomware typically then prompts the victim to pay a fee—usually in bitcoins or another cryptocurrency—to decrypt their computer.

3. Defendant VITALII ALEXANDROVICH BALINT is a Ukrainian national. Between approximately 2017 and 2021, BALINT supported by the operation of a botnet as a coder.

4. BALINT served as the lead malware developer for a group of cybercriminals who developed and maintained a botnet by compromising computers in several countries, including the United States.

## COUNT ONE

**18 U.S.C. § 1349**
**Conspiracy to Commit Wire Fraud**

5. The allegations of paragraphs 1 through 4 are incorporated herein.

6. Between 2017 and 2021, said time period being approximate, in the Eastern District of Michigan and elsewhere, defendant BALINT did knowingly and intentionally combine, conspire, confederate and agree with other individuals, both known and unknown to the government, to commit wire fraud, that is, to knowingly, intentionally, and with the intent to defraud, having devised and intending to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, transmit and cause to be transmitted by means of wire, radio, and television communication, writings, signs, signals, pictures, and sounds in interstate and foreign commerce for the purpose of executing such scheme and artifice, in violation of 18 U.S.C. § 1343.

## Object of the Conspiracy

7. The object of the conspiracy was for BALINT and his co-conspirators to enrich themselves through the operation of the botnet.

8. The managers of the botnet profited by selling co-conspirator customers access to the botnet. These customers paid for access to compromised computers to deploy—and profit from—ransomware. BALINT was paid for his coding work supporting the botnet out of these profits.

## Manner and Means of the Conspiracy

9. The manner and means of this conspiracy were as follows:

10. BALINT was an employee of the botnet's managers, who directed him in the development of the botnet's software, specifically the malware used to compromise target computers and grow the botnet.

11. The managers of the botnet would market the botnet to other cybercriminals.

12. BALINT's co-conspirators would install malware on victims' computers to add those computers to the botnet. To install this malware, it was typically necessary to deceive the computer's operator into assisting. For example, the botnet's malware would commonly be installed by tricking an operator into clicking on a file attached to an email that appeared to be sent by an individual or organization that the operator trusted. Once this was done, BALINT's co-conspirators would have complete access to the victim's computer.

13. The botnet's managers would profit by selling access to the compromised computers that comprised the botnet. The botnet's managers would charge customers—other cybercriminals—for the opportunity to load software onto one or more of the compromised computers that comprised the botnet. This software was loaded onto these computers without the knowledge of their legitimate operators for the purpose of defrauding them, typically through the installation of ransomware.

14. The botnet team members and their co-conspirator customers would load malware, including ransomware, onto numerous computers within the United States, including computers located within the Eastern District of Michigan.

15. This ransomware was transmitted to the victim computers from outside of the United States over the Internet.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATIONS

### 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c)
### Criminal Forfeiture

16. Upon being convicted of violating Title 18, United States Code, Section 1349 as alleged in Count One of this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c).

17. Money Judgment: Forfeiture includes, but is not limited to, a forfeiture money judgment against the defendant, in favor of the United States, in a dollar amount representing the total amount of proceeds obtained by the defendant as a result of his violations.

18. Substitute Assets: If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) Cannot be located upon the exercise of due diligence;

    (b) Has been transferred or sold to, or deposited with, a third party;

    (c) Has been placed beyond the jurisdiction of the Court;

    (d) Has been substantially diminished in value; or

    (e) Has been commingled with other property that cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek to forfeit any other property of the defendant up to the value of the forfeitable property described above.

Respectfully submitted,

                              DAWN N. ISON
                              United States Attorney

                              MARK CHASTEEN
                              Assistant U.S. Attorney
                              Chief, White Collar Crimes Unit

                              *s/Timothy J. Wyse*
                              Timothy J. Wyse
                              Assistant United States Attorney
                              211 W. Fort Street, Suite 2001
                              Detroit, MI 48226
                              (313) 226-9144
                              timothy.wyse@usdoj.gov

                              Dated: August 2, 2024

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>2:24−cr−20416 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** 23-cr-20573 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** Nancy G. Edmunds |
| ☒ Yes    ☐ No | **AUSA's Initials:** TJW |

**Case Title:** USA v. Vitalii Alexandrovich Balint

**County where offense occurred:** Wayne and elsewhere

**Check One:**   ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 24-mj-30030 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 2, 2024
Date

s/Timothy J. Wyse
Timothy J. Wyse
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9144
Fax:   (313) 226-2873
E-Mail address: timothy.wyse@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.