United States District Court
Eastern District of Michigan
Southern Division

United States of America,

    Plaintiff,

v.

Vitalii Alexandrovich Balint,

    Defendant.
_____/

Case No. 2:24-cr-20416

Hon. Nancy G. Edmunds

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO UNSEAL DOCKET

The United States of America hereby moves for an order unsealing the docket in this case, and states that the circumstances requiring the docket to be sealed are no longer present.

WHEREFORE, the government requests this Court to issue an order unsealing the docket.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

*s/Timothy J. Wyse*
TIMOTHY J. WYSE
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, Michigan 48226

Dated: October 8, 2025